Docusign Envelope ID: 18C967BB-07B1-4CBD-B644-AAB61D70236B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JEROD WEEKS, individually, and**<br>**SAVING ABEL PARTNERS, Tennessee**<br>**general partnership** | )<br>)<br>)<br>) | **Case No. 3:25-cv-00256** |
| **Plaintiffs,** | )<br>) | |
| **v.** | )<br>) | |
| **SCC SPV I, LLC,** | )<br>) | |
| **Defendant.** | )<br>) | |

---

**DECLARATION OF BRIAN BAUM IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(2), (b)(3) and (b)(6)**

---

I, Brian Baum, declare:

1.      I am an adult over the age of eighteen. I have personal knowledge of the matters below and could and would testify competently to them if asked.

2.      I make this declaration in support of defendant SCC SPV I, LLC's ("SCC") motion to dismiss plaintiffs Jared Weeks and Saving Abel Partners' (collectively, "Weeks") complaint.

3.      I am the managing member of Stilwell Creative Capital, LLC ("Stilwell"), which is the managing member of SCC. SCC and Stilwell are both limited liability companies organized and existing under the laws of the State of Delaware.

4. Stilwell and SCC's only offices are located in New York, NY.

5. I reside in New York.

6. I have been to the State of Tennessee once, when I was about five years old.

7. I, SCC and Stilwell have never owned real or personal property or had employees, consultants, business operations, or offices in the State of Tennessee.

8. I, SCC and Stilwell are not and never have been licensed or registered to do business in the State of Tennessee.

9. SCC and Stilwell do not have agents for service of process in the State of Tennessee.

10. None of the members of SCC or Stilwell reside or are located in Tennessee.

11. I, SCC and Stilwell have never conducted business in Tennessee.

12. I and others under my supervision in the State of New York negotiated and executed the August 5, 2024, Asset Purchase Agreement (the "APA") between SCC and Jason Null from the State of New York.

13. We negotiated the terms of the APA with Mr. Null, who I always understood was in Mississippi; Mr. Null's broker Tom Lipsky, who told me he resided in Raleigh, North Carolina; and another representative of Mr. Null's, Bob Chiappardi, who told me he was located in New York. SCC's transactional

attorney Jeff Leven, who worked on the acquisition, resides in Pennsylvania. Mr. Null did not have an attorney conduct negotiations on his behalf.

14. Mr. Lipsky's Linkedin page confirms that he is based in North Carolina. See https://www.linkedin.com/in/tomlipsky/.

15. Mr. Chiappardi's Linkedin page confirms that he is based in New York, New York. See https://www.linkedin.com/in/bobchiappardi/.

16. The revenues that SCC acquired pursuant to the APA do not come from Tennessee. The royalties and other payments that SCC receives come from a Universal Music Group address in Woodland Hills, California; a Sony BMG address in Sagaponack, New York; an ASCAP address in New York, New York; and SoundExchange in Washington D.C.

17. I was unaware of the purported claims in plaintiffs' complaint until counsel for Weeks wrote me to threaten this litigation early in February 2025, several months after the APA closed. Until then I had no knowledge or suspicion that the claims Weeks alleges might exist. To the contrary, I relied on Mr. Null's

/ / /

/ / /

/ / /

/ / /

Docusign Envelope ID: 18C967BB-07B1-4CBD-B644-AAB61D70236B

warranties and representations that no other person or entity had an interest in the assets that SCC acquired pursuant to the APA.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct. Executed at New York, New York on April 29, 2024.

DocuSigned by:

*Brian Baum*

1165D9629BAF420...

Brian Baum

6197.060/3067951.1

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's ECF filing system on this 29th day of April 2025:

Jay S. Bowen
Jacob T. Clabo
Kaitlin E. White
BUCHALTER, A Professional Corporation
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (629) 224-6600

*Attorneys for Plaintiffs*

*/s/ John R. Jacobson*